## Commonwealth *v.* Lipton, Appellant.

Submitted March 12, 1973. *Arthur K. Dils,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* McCullers, Appellant.

Argued March 22, 1973. *William J. Brady, Jr.,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Jeffrey Philip Paul,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.